UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VICTOR CARRASCO, MARBIN MEJIA REYES, and RAMNAUTH LILIA, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                      Plaintiffs,

-against-

PHIL'S BODY WORKS, INC.,
DOMINICK VALENTI, and
RICHARD VALENTI,

                      Defendants.

Case No.: 2:21-cv-01014 (GRB) (LGD)

[PROPOSED]
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Phil's Body Works, Inc., Dominick Valenti and Richard Valenti (collectively, "Defendants"), having offered to allow Plaintiffs Victor Carrasco, Marbin Mejia Reyes, and Ramnauth Lilia ("Plaintiffs") to take a judgment against Phil's Body Works, Inc. in the sum of Forty-Five Thousand Dollars and No Cents ($45,000.00), inclusive of attorneys' fees, with respect to Plaintiffs' individual federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 20, 2022 and filed as Exhibit A to Docket Number 43;

**WHEREAS**, on October 25, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 43);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Victor Carrasco, Marbin Mejia Reyes, and Ramnauth Lilia, in the sum of Forty-Five

Thousand Hundred Dollars and No Cents ($45,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 20, 2022 and filed as Exhibit A to Docket Number 43.

**SO ORDERED:**

Dated:   October 27  , 2022             /s/ *Gary R. Brown*
      New York, New York                              U.S.D.J.