**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTOR CARRASCO, MARBIN MEJIA REYES,
and RAMNAUTH LILIA, *on behalf of themselves*
*FLSA Collective Plaintiffs, and the Class*,

                      Plaintiff,

      - against -                                        **AMENDED JUDGMENT**
                                                               CV 21-1014 (GRB) (LGD)

PHIL'S BODY WORKS, INC., DOMINICK
VALENTI, and RICHARD VALENTI,

                      Defendants.
-----------------------------------------------------------------X

        A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on October 26, 2022, accepting Defendants' October 20, 2022 offer to allow judgment to be taken against it in favor of Plaintiffs Victor Carrasco, Marbin Mejia Reyes, and Ramnuath Lilia in the amount of $45,000.00, inclusive of legal fees, with respect to Plaintiffs' individual federal claims only under the Fair Labor Standards Act, as amended; and an Order of the Honorable Gary. R. Brown, United States District Judge, having been filed on November 2, 2022, granting the parties' joint motion to amend the Judgment, and directing the Clerk of the Court to amend the Judgment to be entered solely against the corporate defendant, Phil's Body Works, Inc., it is

        **ORDERED AND ADJUDGED** that the motion to amend the Judgment is granted; and that an amended judgment is entered in favor of Plaintiffs Victor Carrasco, Marbin Mejia Reyes, and Ramnuath Lilia and against Defendant Phil's Body Works, Inc., in the amount of $45,000.00, inclusive of legal fees, with respect to Plaintiffs' individual federal claims only under the Fair Labor Standards Act, as amended.

Dated: November 3, 2022
      Central Islip, New York

                                    BRENNA B. MAHONEY
                                    CLERK OF THE COURT

                            By:    /s/ James J. Toritto
                                    Deputy Clerk